| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven A. Wolvek, Esq., SBN 146965<br>Law Offices of Steven A. Wolvek<br>23480 Park Sorrento, Suite 109A<br>Calabasas, CA 91302<br>818-227-3379 / FAX 818-227-3383<br>email: steve@wolveklaw.com<br><br>☒ Attorney for Debtor Roger Lipkis<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 1:11-bk-23430-MT |
|---|---|
| In re Roger Lipkis<br><br><br><br><br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY RULE 3015-1(m) |

I, Roger Lipkis _____ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 11/18/11 _____.

2. I am the owner of real property[1] at the following street address:

   4030 Ellenita Avenue, Tarzana, CA 91356 _____

   _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of ASC _____.

   b. Second deed of trust in favor of Vericrest Financial _____ *(if applicable)*.

   c. Third deed of trust in favor of _____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 2 of 5*

| In re Roger Lipkis | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:11-bk-23430-MT |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| ASC | $5,661.47 | 12/18/2011 | 12/20/2011 |
| | $5,661.47 | 1/18/12 | 01/17/2012 |
| | $5,661.47 | 2/18/12 | 02/16/2012 |
| Creditor | | | |
| Veriquest Financial | $250.00 | 12/18/11 | 01/23/2012 |
| | $250.00 | 1/18/12 | 01/23/2012 |
| | $250.00 | 2/18/12 | 02/16/2012 |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U. S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009    **F 3015-1.4**

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 3 of 5*

| In re Roger Lipkis | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:11-bk-23430-MT |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☒ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/27/12                                      /s/ Roger Lipkis
                                                    *Debtor*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                        **F 3015-1.4**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven A. Wolvek 146965<br>Law Offices of Steven Wolvek<br>23480 Park Sorrento, Suite 109A<br>Calabasas, CA 91302-3305<br>(818) 227-3379<br>(818) 227-3383<br>☒ Attorney for | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Lipkis, Roger<br><br>Debtor(s). | CASE NO.: 11-23430 mt<br>CHAPTER: 13<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
(INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists    Date Filed: 11-18-11
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed:
☒ Other: PPMP    Date Filed: 2-27-12

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    November 18, 2011
Signature of Signing Party    Date

Lipkis, Roger
Printed Name of Signing Party

_____    _____
Signature of Joint Debtor (if applicable)    Date

Lipkis, Desiree
Printed Name of Joint Debtor (if applicable)

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____    November 18, 2011
Signature of Attorney for Signing Party    Date

Steven A. Wolvek
Printed Name of Attorney for Signing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

**AMERICA'S SERVICING COMPANY**

PURPOSE/REMITTER:

**usbank**

**CASHIER'S CHECK**    No. 7236501544    90-3582 / 1222

DATE:    DECEMBER 20, 2011

PAY    FIVE THOUSAND SIX HUNDRED SIXTY ONE DOLLARS AND 47 CENTS

$ 5,661.47

TO THE
ORDER OF:    AMERICA'S SERVICING CO

Location:    7236 TARZANA

**NON NEGOTIABLE**

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

HARLAND CLARKE  20745 (03/10)  11108166

bec 2011

Addressed to:
AMERICA'S SERVICING CO.
PO BOX 10328
DES MOINES, IA, 50306

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Certified Mail #: 7011 1570 0001 4079 5893

Sent To: AMERICA'S SERVICING CO.
Street, Apt. No.; or PO Box No.: PO BOX 10328
City, State, ZIP+4: DES MOINES, IA 50306

PS Form 3800, August 2006    See Reverse for Instructions

Return address:
LIPKIS
4030 ELLENITA AVE
TARZ, CA 91356
1100210560

**usbank**  CASHIER'S CHECK    No. 7236501609    90-3582 / 1222

DATE: JANUARY 17, 2012

PAY    FIVE THOUSAND SIX HUNDRED SIXTY ONE DOLLARS AND 47 CENTS

$ 5,661.47

TO THE ORDER OF: AMERICA'S SERVICING CO

Location: 7236 TARZANA

U.S. Bank National Association
Minneapolis, MN 55480

**NON NEGOTIABLE**
AUTHORIZED SIGNATURE

HARLAND CLARKE 20745 (03/10) 11108166

JAN 2012



PURPOSE/REMITTER:



**CASHIER'S CHECK**   No. 7236501687    90-3582
                                                                                                                    1222

DATE:   FEBRUARY 16, 2012

PAY    FIVE THOUSAND SIX HUNDRED SIXTY ONE DOLLARS AND 47 CENTS

$  5,661.47

TO THE
ORDER OF:   AMERICA'S SERVICING CO

Location:   7236 TARZANA

**NON NEGOTIABLE**

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

HARLAND CLARKE  20745 (03/10)  11108166

Feb 2012

LIPKIS
4030 ELLENITA AVE
TARZ, CA 91356
1100210560





**VERIQUEST FINANCIAL**

PURPOSE/REMITTER:



**CASHIER'S CHECK**    No. 7236501622    90-3582 / 1222

DATE: JANUARY 20, 2012

PAY    TWO HUNDRED FIFTY DOLLARS AND 00 CENTS

$ 250.00

TO THE ORDER OF:    VERICREST FINANCIAL

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

Location:    7236 TARZANA

U.S. Bank National Association
Minneapolis, MN 55480

HARLAND CLARKE  20745 (03 10)  11108166

*Dec 2011*

OSE/REMITTER:

**bank**     CASHIER'S CHECK     No. 7236501627     90-3582 / 1222

DATE:  JANUARY 23, 2012

TWO HUNDRED FIFTY DOLLARS AND 00 CENTS

CUSTOMER COPY

$ 250.00

OF: VERICREST FINANCIAL

on: 7236 TARZANA

National Association
MN 55480

NON NEGOTIABLE

AUTHORIZED SIGNATURE

CLARKE 80745 (03/10) 11108166

JAN 2012



**usbank**  **PERSONAL MONEY ORDER**  No. 7236000264

DATE: FEBRUARY 16, 2012

TWO HUNDRED FIFTY DOLLARS AND 00 CENTS

$ 250.00

Payee  _Vericrest Financial_

Location: 7236 TARZANA

PLEASE COMPLETE AND SIGN MONEY ORDER PROMPTLY

**NON NEGOTIABLE**

SAVE THIS RECORD

HARLAND CLARKE 20745 (03/10)  11108166

feb 2012

LIPAS
4030 ELLENITA
TARE, CA 91356
0500232277




Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 4 of 5*

| In re Roger Lipkis | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:11-bk-23430-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
23480 Park Sorrento, Suite 109A, Calabasas, CA 91302

A true and correct copy of the foregoing document described as Post-petition mortgage payment declarations for December 2011 through February 2012 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/27/12 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Darlene C Vigil    cdcaecf@bdfgroup.com          Jacqueline S Eberhard    bknotice@mccarthyholthus.com
Bernard J Kornberg    bjk@severson.com
Elizabeth (SV) F Rojas (TR) cacb_ecf_sv@ch13wla.com    United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 2/27/12 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
ASC POB 10328, Des Moines, IA 50306       Vericrest Financial POB 24610, Oklahoma City, OK 73124
The Honorable Judge Maureen Tighe  21041 Burbank Boulevard, Woodland Hills, CA 91364  Courtroom 302

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/27/12 | Steven A. Wolvek | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                           **F 3015-1.4**