1  MARISOL A. NAGATA
State Bar No. 221387
2  BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
3  20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
4  (626) 915-5714 – Phone
5  (972) 661-7726 - Fax
File No. 2973071
6  cdcaecf@BDFGroup.com

7  Attorney for Movant
8  WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE,
A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS
9  WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS
BANK, FSB, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br>ROGER LIPKIS<br><br><br>Debtor. | CASE NO.: 1:11-23430-MT<br>CHAPTER: 13<br><br>STIPULATION TO MODIFY/TERMINATE THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)<br><br>DATE: N/A<br>TIME:<br>PLACE: U.S. Bankruptcy Court<br>Courtroom 1375, 13th Floor<br>21041 Burbank Boulevard<br>Woodland Hills, California |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MARISOL A. NAGATA, SBN 221387<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 PATHFINDER ROAD, SUITE 300<br>DIAMOND BAR, CA 91765<br>P. (626) 915-5714<br>F. (972) 661-7726<br>E-mail: cdcaecf@BDFGroup.com<br>**FILE NO. 2973071**<br><br>☐ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO VALLEY</u> DIVISION**

| In re:<br>ROGER LIPKIS,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:11-bk-23430-MT<br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>DATE: N/A<br>TIME:<br>COURTROOM: 302, Third Floor<br>PLACE: U.S. Bankruptcy Court<br>          21041 Burbank Boulevard<br>          Woodland Hills, California |
|---|---|

Movant:   WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

1. The Motion was:   ☐ Opposed    ☐ Unopposed    ☒ Settled by stipulation

2. The Motion affects the following real property (Property):

    Street address:         **5160 LLANO DR.**
    Unit number:
    City, state, zip code:  **WOODLAND HILLS, CA 91364-2902**

    Legal description or document recording number (including county of recording):
    Instrument No. 20070190150, in the Los Angeles County Recorder's Office.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2011*                                    Page 1                                    **F 4001-1.ORDER.RP**

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 4092, TRACT NO. 6170, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 84, PAGES 82 TO 84, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

☐ See attached page.

3. The Motion is granted under:  ☒ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
☒ 11 U.S.C. § 362(d)(4) (See attached continuation page.)

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant must not conduct a foreclosure sale before the following date (*specify*): _____

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☒ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☒ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☒ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval. (See attached continuation page.)

   ☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state law governing notices of interests or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of this Order for indexing and recording.

/ / /

/ / /

/ / /

/ / /

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2011*                                          Page 2                                          **F 4001-1.ORDER.RP**

10. This court further orders as follows:

    a. ☒ The 14-day stay as provided in FRBP 4001(a)(3) is waived.
    b. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-10-ER*).
    c. ☒ See attached continuation page for additional provisions.

###

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2011*     Page 3     **F 4001-1.ORDER.RP**

CONTINUED FROM PAGE 2, SECTIONS 3 AND 9, AND PAGE 3, SECTION 10(c):

It is further stipulated and agreed as follows:

a. That Debtor asserts no interest in the subject property commonly known as **5160 Llano Drive, Woodland Hills, California 91364-2902.**

b. That an interest in the Property was impermissibly transferred to the Debtor without the knowledge of the Debtor. Without Debtor's consent, his Chapter 13 bankruptcy case proceeding is being used for an improper purpose as part of a scheme to delay, hinder and defraud creditors that involved a transfer of all or part ownership of, or interest in the Llano Property without the consent of this Movant or court approval.

c. That the Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 fo the United States Code.

d. That entry of the order approving this Stipulation Terminating the Automatic Stay shall also not be considered an Order Terminating the Automatic Stay pursuant to 11 U.S.C. § 109(g)(2) in the unlikely event that Debtor chooses to voluntarily dismiss his Chapter 13 case.

SUBMITTED BY:

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

/s/ Marisol A. Nagata_____          DATED: February 24, 2012
MARISOL A. NAGATA
Attorney for Movant


APPROVED AS TO FORM AND CONTENT:

**LAW OFFICES OF STEVEN A. WOLVEK**

/s/ Steven A. Wolvek_____          DATED: February 27, 2012
LAW OFFICES OF STEVEN A. WOLVEK
Attorneys for Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2011*                           Page 4                           **F 4001-1.ORDER.RP**

CONTINUED FROM PAGE 2, SECTIONS 3 AND 9, AND PAGE 3, SECTION 10(c):

It is further stipulated and agreed as follows:

a. That Debtor asserts no interest in the subject property commonly known as **5160 Llano Drive, Woodland Hills, California 91364-2902.**

b. That an interest in the Property was impermissibly transferred to the Debtor without the knowledge of the Debtor. Without Debtor's consent, his Chapter 13 bankruptcy case proceeding is being used for an improper purpose as part of a scheme to delay, hinder and defraud creditors that involved a transfer of all or part ownership of, or interest in the Llano Property without the consent of this Movant or court approval.

c. That the Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 fo the United States Code.

d. That entry of the order approving this Stipulation Terminating the Automatic Stay shall also not be considered an Order Terminating the Automatic Stay pursuant to 11 U.S.C. § 109(g)(2) in the unlikely event that Debtor chooses to voluntarily dismiss his Chapter 13 case.

SUBMITTED BY:

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

/s/ Marisol A. Nagata
MARISOL A. NAGATA
Attorney for Movant

DATED: February 24, 2012

APPROVED AS TO FORM AND CONTENT:

**LAW OFFICES OF STEVEN A. WOLVEK**

LAW OFFICES OF STEVEN A. WOLVEK
Attorneys for Debtor

DATED: February 27, 2012

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2011                                   Page 4                                   F 4001-1.ORDER.RP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 20955 Pathfinder Road, Suite 300, Diamond Bar, CA 91765.

A true and correct copy of the foregoing document described as **STIPULATION TO MODIFY/TERMINATE THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served):
On March 07, 2012, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge:** Hon. Maureen Tighe/Intake, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Woodland Hills, CA 91367
**Debtor:** Roger Lipkis, 4030 Ellenita Avenue, Tarzana, CA 91356
**Attorney for Debtor:** Steven A. Wolvek, Law Offices of Steven A. Wolvek, 23480 Park Sorrento, Suite 109-A, Calabasas, CA 91302
**Chapter 13 Trustee:** Elizabeth F. Rojas, Noble Professional Center, 15060 Ventura Boulevard, Suite 240, Sherman Oaks, CA 91403

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 07, 2012, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**U.S. Trustee:** ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 07, 2012 | MARISOL A. NAGATA | /s/ Marisol A. Nagata |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2011*    Page 5    **F 4001-1.ORDER.RP**