Gagan G. Vaideeswaran (SBN 272403)
GVaideeswaran@piteduncan.com
Erin L. Laney (SBN 259863)
elaney@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LSF6 MERCURY REO INVESTMENTS TRUST SERIES 2008-1, BY VERICREST FINANCIAL, INC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| ROGER LIPKIS , <br><br> Debtor(s). | Case No. 1:11-bk-23430-MT <br><br> Chapter 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FO LSF6 MERCURY REO INVESTMENTS TRUST SERIES 2008-1, BY VERICREST FINANCIAL, INC., <br><br> Movant, <br><br> vs. <br><br> ROGER LIPKIS , Debtor(s); and ELIZABETH (SV) F ROJAS (TR) , Chapter 13 Trustee, <br><br> Respondents. | NOTICE OF ERRATA AND REQUEST FOR THE COURT TO STRIKE THE ADDITIONAL PROVISION INCLUDED IN THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY <br> (11 U.S.C. § 362 and Bankruptcy Rule 4001) <br><br> DATE:        July 25, 2012 <br> TIME:        9:30 am <br> CTRM:        302 <br><br> 21041 Burbank Boulevard <br> Woodland Hills, CA 91367-6606 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, through mistake and inadvertence, the Motion for Relief From Automatic Stay was erroneously filed with the Additional Provision (4)(c) 4.a on page 6 of the Motion for Relief from the Automatic Stay filed May 17, 2012 as docket number 18, listed as "That the notice requirements of subsections (b) and (c) of Rule 3002.1 of the Federal Rules of Bankruptcy Procedure are Waived as they relate to Movant's secured claim on the Property."  We request that

- 1 -

1 | this Court strike the aforementioned provision as included in the prayer for relief in the Motion for

2 | Relief from the Automatic Stay.

3 | Dated: July 13, 2012

Respectfully submitted,
PITE DUNCAN, LLP

/s/ Gagan G. Vaideeswaran (SBN 272403)
GAGAN G. VAIDEESWARAN
Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FO LSF6 MERCURY REO INVESTMENTS TRUST SERIES 2008-1, BY VERICREST FINANCIAL, INC. ACTING AS SERVICER.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF ERRATA AND REQUEST FOR THE COURT TO STRIKE THE ADDITIONAL PROVISION INCLUDED IN THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 13, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven A Wolvek            wolveklaw@sbcglobal.net
- United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov
- Elizabeth (SV) F Rojas (TR)  cacb_ecf_sv@ch13wla.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 13, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Maureen Tighe                Roger Lipkis
U.S. Bankruptcy Court                  4030 Ellenita Avenue
21041 Burbank Blvd., Suite 325         Tarzana, CA 91356
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2012 | Max A. Dobson | /s/ MAX A. DOBSON |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**